# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of | |
| A residence and outbuildings located approximately .5 miles east of the Tonalea Store, Tonalea, AZ, with GPS coordinates 36.318595, -110.943924 | Case No.   24-04455 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B**.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before          January 2, 2025          .
                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

    Any U.S. Magistrate on duty in Arizona          .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)     ☐ for  days (*not to exceed 30*)
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:          December 19, 2024          

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.12.19 09:21:46 -07'00'

                                                    *Judge's signature*

City and State:          Flagstaff, Arizona          

          Honorable Camille D. Bibles, U.S. Magistrate Judge
                              *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-04455 MB | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

Executing officer's signature

Printed name and title

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:**  A house and outlying buildings located .5 miles east of the Tonalea Store in Tonalea, Arizona

**DESCRIPTION OF HOUSE:**  Single story family residence, purple in color.

**Latitude and Longitude:** 36.318595, -110.943924

**PHOTO ATTACHED:** Yes



## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.      Any firearms, ammunition, spent casings, and other firearms-related evidence.

2.      Any safe that may contain firearms or firearms-related evidence.

3.      A bag resembling a "Gucci" brand purse.

4.      Indicia of ownership, occupancy, and/or use of the residence, including such things as: mail that may be addressed to the occupants; driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

5.      Photographs and/or video of the residence and the things seized.

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

| | |
|---|---|
| A residence and outbuildings located approximately .5 miles east of the Tonalea Store, Tonalea, AZ, with GPS coordinates 36.318595, -110.943924 | )<br>)<br>)<br>)    Case No.   24-04455 MB |

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Kara Kesler, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property*:*

**See Attachment A, hereby incorporated by reference.**

located in the District of Arizona, there is now:

**See Attachment B, hereby incorporated by reference.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- [X] evidence of a crime;
- [X] contraband, fruits of crime, or other items illegally possessed;
- [X] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Firearm |

The application is based upon the following facts:

- [X] Continued on the attached sheet (see attached **Affidavit**).
- [ ] Delayed notice _____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Ryan Powell

*RYAN POWELL 2024.12.19 08:50:28 -07'00'*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2024

**Sworn by Telephone**

Date/Time: _____

Date: _____ December 19, 2024 _____

City and State: _____ Flagstaff, AZ _____

KARA KESLER   Digitally signed by KARA KESLER
Date: 2024.12.19 08:47:16 -07'00'
_____
*Applicant's Signature*

Kara Kesler, F.B.I. Special Agent
_____
*Printed Name and Title*

Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2024.12.19 09:21:23 -07'00'
_____
*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
_____
*Printed Name and Title*

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:**  A house and outlying buildings located .5 miles east of the Tonalea Store in Tonalea, Arizona

**DESCRIPTION OF HOUSE:**  Single story family residence, purple in color.

**Latitude and Longitude:** 36.318595, -110.943924

**PHOTO ATTACHED:** Yes



## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.    Any firearms, ammunition, spent casings, and other firearms-related evidence.

2.    Any safe that may contain firearms or firearms-related evidence.

3.    A bag resembling a "Gucci" brand purse.

4.    Indicia of ownership, occupancy, and/or use of the residence, including such things as: mail that may be addressed to the occupants; driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

5.    Photographs and/or video of the residence and the things seized.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR A SEARCH WARRANT**

I, FBI Special Agent Kara Kesler, being first duly sworn, hereby depose and state as follows:

1.    I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since April 2023. As an SA of the FBI, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.  In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation (Navajo Nation) within the District of Arizona.  Based on my training, education, and experience, I know that the Navajo Nation Tribe is federally recognized.

2.    The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.  This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**INTRODUCTION**

3.    This matter involves a prohibited possessor investigation of Ruford Daw, in Tonalea, Arizona, on the Navajo Nation, that occurred on or about December 15, 2024.

4.     This affidavit supports the application for a search warrant authorizing the search of a single-story residence, along with outlying buildings. There is probable cause to believe that the residence and outlying buildings contain evidence of Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1). The residence and outlying buildings are particularly described in **Attachment A**.  The evidence being sought is particularly described in **Attachment B**.

## PROBABLE CAUSE

5.     On or about the evening of December 15, 2024, Navajo Nation Police Department (NNPD) Officer Shane Davis responded to a report that Ruford Daw was assaulting his girlfriend S.H. NNPD arrived at the location, a purple house east of the Tonalea General store in Tonalea, Arizona.   The property also contains several outbuildings.

6.     Officers made contact with Daw at the door. While speaking with Daw, S.H. walked out of the home past the officers. S.H. had bruising to both her eyes and a cut on her lips. S.H. pointed at Daw and said that he did that to her.

7.     While speaking with family members that came to the residence, officers were told Daw was a felon who "always has firearms on him." The family members also identified Daw's truck he was driving that evening to officers. Officer Davis approached the identified green pickup truck parked in front of the residence. Officer Davis observed an unopened box of .22 caliber long rifle ammunition on the passenger side floorboard of the vehicle, as well as two unopened 24 ounce cans of Modelo beer.

8.     During a probable cause search of the vehicle, in addition to the .22 caliber long rifle ammunition and Modelo cans, officers seized a black bandito sling with seventeen Federal 12-gauge shotgun shells inside the sling, a Stevens model 320 12-gauge shotgun serial number 211354A with one Federal 12 gauge shotgun shell loaded in the chamber and 5 additional shells preloaded in the tube, a box of 50 Sellier & Bellot 30 carbine ammunition, and a box of Ammo Inc. 9 mm caliber Luger ammunition.

9.     Officers on scene advised Daw of his *Miranda* rights and Daw stated that he did not want to answer questions at that time. Daw was arrested and charged with Navajo Nation Criminal Code Title 17 Section 544, Battery of a Family Member, and booked into Tuba City Correctional Facility.

10.     On December 16, 2024, FBI SA Kara Kesler and Navajo Nation Criminal Investigator (CI) Rex Butler interviewed Daw at Tuba City Correctional Facility. SA Kesler advised Daw of his *Miranda* rights, Daw stated he understood, signed a standard FD-395 Advice of Rights, and agreed to speak with SA Kesler and CI Butler.

11.     During the interview, Daw stated that during the encounter with S.H., Daw attempted to regain possession of his black 9 mm caliber Smith and Wesson pistol which was in S.H.'s brown and gold Gucci purse in her vehicle. Once Daw regained possession of the purse, he threw the bag with the pistol in it into an opening in the couch in S.H.'s home where S.H. and Daw reside. Daw purchased the firearm from his cousin for $500.00 a couple years ago and planned to sell it. Additionally, Daw stated that the officers took his Stevens model shot gun from his pickup truck the night he was arrested. Daw identified his vehicle as a "Grinch green pickup truck." Daw bought the shotgun for $300.00 four or five

3

months ago from a male who Daw believes stole the gun. Daw said that he also has multiple other pistols in his safe at S.H.'s residence. Daw did not specify which building contains the safe with his firearms. Daw said that he intends to take possession of his pistols once he is released from custody, and he even suggested that he would ask his brother to retrieve the guns for him while he was still in custody.

12.    When asked if Daw had been to jail before, Daw stated he was a felon and could not have any firearms. A records check confirmed that Daw is a convicted felon. In 2011, he was convicted of Receiving an Unregistered Firearm and was sentenced to 20 months in prison. In 2015, he was convicted of being a Felon in Possession of a Firearm and was sentenced to 17 months in prison.

13.    Daw is scheduled to be released from tribal custody on Thursday, December 19, 2024, at 5 p.m.

## THINGS TO BE SEARCHED FOR AND SEIZED

14.    Based on the foregoing, your Affiant seeks permission to search the residence and outlying buildings described in **Attachment A,** for a safe, Gucci bag, firearms, and related evidence pertaining to a Felon in Possession of a Firearm.

15.    The things to be searched for and seized are described further in **Attachment B**.

## CONCLUSION

16.    Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to believe that evidence described in **Attachment B,** supporting an

investigation related to a violation of 18 U.S.C. § 922(g)(1), will be discovered in the

residence described in **Attachment A**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

KARA KESLER   Digitally signed by KARA KESLER
Date: 2024.12.19 08:44:44 -07'00'
_____          _____
Kara Kesler                                                          Date
Special Agent, FBI

Sworn by Telephone

Camille D.   Digitally signed by
Bibles       Camille D. Bibles
             Date: 2024.12.19
             09:21:02 -07'00'

Date/Time:    December 19, 2024        _____
                                        Honorable Camille D. Bibles
                                        United States Magistrate Judge